7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Troy Daniel Edwards
*Debtor*

*Bankruptcy Case No.*
08–40898–abf13

**Troy Daniel Edwards**
  Plaintiff(s)

*Adversary Case No.*
13–04106–abf

v.

**Specialized Loan Servicing**
  Defendant(s)

## JUDGMENT

  The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Defendant shall pay to Plaintiff the amount of Twenty Two Thousand Five Hundred and No/100 Dollars ($22,500.00) in full settlement. Payment shall be made to Plaintiff within fourteen (14) business days from the entry of this order payable to Foley Law. Defendant shall be barred from all collection attempts against Plaintiff and shall cancel any debt between Plaintiff and Defendant. Defendant shall update Plaintiffs credit report to show the account has been discharged in bankruptcy. Plaintiff hereby releases the Defendant from any and all claims, causes of action, damages and liabilities set forth, or which could have been set forth, in the adversary complaint. The Court's Previous Order on Complaint for Violation pursuant to 11 U.S.C. §105 and §524 will be VACATED.

Ann Thompson
Court Executive

By: /s/ Beth Graham
  Deputy Clerk



Date of issuance: 10/16/13

Court to serve